COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-14-00308-CV |
| IN RE: ROSA SERRANO, INDIVIDUALLY, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## MEMORANDUM OPINION

Relator, Rosa Serrano, *pro se*, has filed a petition for writ of mandamus against the Honorable Virgil Mulanax requesting that that we order him to judicially foreclose on a constitutional lien against real property owned by the Real Party in Interest, Pellicano Business Park, L.L.C.[1] We deny mandamus relief.

To be entitled to mandamus relief, Relator must meet two requirements. *In re Prudential Insurance Company of America, L.L.C.*, 148 S.W.3d 124, 135 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992). First, she must show that the trial court clearly abused its discretion. *Prudential*, 148 S.W.3d at 135. Second, she must demonstrate that there is no adequate remedy by appeal. *In re Prudential*, 148 S.W.3d at 135; *In re McAllen Medical Center,*

---

[1] The mandamus record reflects that the Honorable Thomas Spieczny, Judge of the County Court at Law No. 7 of El Paso County, Texas, entered several orders in a case styled *In re: Purported Mechanical and Materialman's Lien Claim of Lien Against Pellicano Business Park, L.L.C.,* cause number 2012-DCV06341. The Real Party in Interest filed a motion to recuse Judge Spieczny. The mandamus record does not affirmatively reflect that Judge Spieczny has been recused from the underlying case or that Judge Mulanax has been assigned to it.

*Inc.*, 275 S.W.3d 458, 462 (Tex. 2008).  Based on the petition and record before us, we conclude that Relator has failed to establish that she is entitled to mandamus relief.  *See* TEX.R.APP.P. 52.8.  Accordingly, the petition is denied.


December 19, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.